934

*West, Chester H. Gray* and *George C. Updegraff* for respondent.

No. 492. FOUNTAIN ET AL. *v.* GEORGIA POWER Co. Supreme Court of Georgia. Certiorari denied. *Victor Davidson* for petitioners. *Wallace Miller* for respondent.

No. 497. INTERNATIONAL UNION, UNITED MINE WORKERS OF AMERICA, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Welly K. Hopkins, Harrison Combs* and *M. E. Boiarsky* for petitioners. *Solicitor General Perlman, David P. Findling, Mozart G. Ratner* and *William J. Avrutis* for respondent.

No. 506. ZIMMERMAN ET AL. *v.* CHICAGO GREAT WESTERN RAILWAY Co. C. A. 7th Cir. Certiorari denied. *Ben W. Heineman* and *Alex Elson* for petitioners. *Harold A. Smith* and *Bryce L. Hamilton* for respondent.

No. 525. ALLEN ET AL. *v.* BROTHERHOOD OF RAILROAD TRAINMEN. Supreme Court of Texas. Certiorari denied. *Edward C. Fritz* for petitioners. *J. Hart Willis* for respondent.

No. 407. FARMERS' UNION EDUCATIONAL & CO-OPERATIVE ASSOCIATION ET AL. *v.* NORTHWESTERN BELL TELEPHONE Co. Supreme Court of South Dakota. Certiorari denied. *Carl W. Berueffy* for petitioners. *Douglas F. Smith* and *T. J. Peycke* for respondent.